UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM S. LYNN and BETTY C. LYNN, <br><br>        Plaintiffs, <br><br> v. <br><br> SELENE FINANCE, LP, <br><br>        Defendant. | **JUDGMENT** <br><br> No. 7:15-CV-159-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 21, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 21, 2016, and Copies To:**

William S. Lynn and Betty C. Lynn (via U.S. Mail) 2342 Malmo Loop Road NE,
                                Leland, NC 28451
Benjamin W. Smith (via CM/ECF Notice of Electronic Filing)
John T. Benjamin, Jr. (via CM/ECF Notice of Electronic Filing)


September 21, 2016                JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk